**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **LARWAN MCCLAINE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 26-cv-02538** |
| **v.** | ) | |
| | ) | |
| **UNIFIED GOVERNMENT OF WYANDOTTE COUNTY / KANSAS CITY, KANSAS,** | ) | **(Removed from the District Court of Wyandotte County, Kansas Case No. WY-2026-CV-000700)** |
| **Defendants.** | ) | |
| | ) | |
| | | ) |

**DESIGNATION OF PLACE OF TRIAL**

Pursuant to D. KAN. R. 40.2(c), Defendant respectfully requests that the trial in this action be held in Kansas City, Kansas.

Respectfully submitted,

McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Telephone (913) 371-3838
Fax (913) 371-4722
Email: rdenk@mvplaw.com
kdumovich@mvplaw.com

By: *\/s/ Ryan B. Denk*
Ryan B. Denk #18868
Kathryn M. Dumovich #30276

*Attorneys for Unified Government of Wyandotte County / Kansas City, Kansas*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Circuit Court, via the Court's e-Filing system, with a copy sent by U.S. Mail, postage prepaid and electronically via email to the following:

Randall W. Brown
Stephen C. Thornberry
Thornberry Brown, LLC
4550 Main Street, Suite 205
Kansas City, Missouri 64111
Randy@ThornberryBrown.com
Steve@ThornberryBrown.com

*Attorneys for Plaintiff*

/s/ *Ryan B. Denk*