**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **LARWAN MCCLAINE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 26-cv-02538** |
| **v.** | ) | |
| | ) | |
| **UNIFIED GOVERNMENT OF** | ) | |
| **WYANDOTTE COUNTY / KANSAS** | ) | **(Removed from the District Court of** |
| **CITY, KANSAS,** | ) | **Wyandotte County, Kansas Case No.** |
| | ) | **WY-2026-CV-000700)** |
| **Defendants.** | ) | |
| | ) | |
| | | ) |

**<u>DEFENDANT'S SUBMISSION OF PLEADINGS FROM STATE COURT ACTION</u>**

Defendant Unified Government of Wyandotte County / Kansas City, Kansas, ("Defendant UG"), by and through its attorneys of record, hereby states:

1. The above-styled action was removed from the District Court of Wyandotte County, Kansas to the United States District Court for the District of Kansas, on or about September 8, 2026.

2. Notification of the removal of action was served upon counsel for Plaintiff on or about September 8, 2026.

3. Copy of the Docket Sheet in this action from the District Court of Wyandotte County, Kansas is attached hereto. No other process, pleading, or order has been filed with the District Court of Wyandotte County, Kansas.

Respectfully submitted,

McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Telephone (913) 371-3838
Fax (913) 371-4722
Email: rdenk@mvplaw.com
kdumovich@mvplaw.com

By: */s/ Ryan B. Denk*
Ryan B. Denk #18868
Kathryn M. Dumovich #30276

*Attorneys for Unified Government of Wyandotte County / Kansas City, Kansas*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, a true and accurate copy of the foregoing was electronically filed with the Clerk of the U.S. District Court, via the Court's e-Filing system, with a copy sent by U.S. Mail, postage prepaid and electronically via email to the following:

Randall W. Brown
Stephen C. Thornberry
Thornberry Brown, LLC
4550 Main Street, Suite 205
Kansas City, Missouri 64111
Randy@ThornberryBrown.com
Steve@ThornberryBrown.com

*Attorneys for Plaintiff*

/s/ *Ryan B. Denk*