## WY-2026-CV-000700 : LaRwan McClaine vs. Unified Government of Wyandotte County/Kansas City, Kansas

State of Kansas - Wyandotte County District Court

| | | | |
|---|---|---|---|
| **Case Number** | WY-2026-CV-000700 | **Plaintiff** | LaRwan McClaine |
| **Case Type** | CV Employment Dispute - Discrimination | **Defendant** | Unified Government of Wyandotte County/Kansas City, Kansas |
| **Opened** | | | |
| **Status** | Active | **Judge** | Honorable Bill L Klapper - Division BKLAPPER |

⊞ Show/Hide Participants

| File Date | | Case History |
|---|---|---|
| 08-22-2026 | 12:41:00 PM | PLE: Petition Petition |
| 08-22-2026 | 12:41:00 PM | NOT: Notice (Generic) Civil Cover Sheet |
| 08-24-2026 | 09:46:00 AM | ORD: Summons - Filer Drafted Summons |
| 08-31-2026 | 02:13:00 PM | RET: Return of Service - Summons Return of Service |
| 09-08-2026 | 06:25:00 PM | NOT: Notice (Generic) Notice of Filing Notice of Removal |